IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-cr-43-CFC |
| FELIX JUAN ARROYO-MARRERO, | |
| Defendant. | |

## ORDER

At Wilmington on this Sixth day of June in 2025, for the reasons set forth in the Memorandum issued on this day, it is HEREBY ORDERED that Defendant Felix Juan Arroyo-Marrero's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A) (D.I. 164) is DENIED.

_____
CHIEF JUDGE